United States District Court
Southern District of Texas
**ENTERED**
November 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHELLE BASSETT, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-02952 |
| § | |
| PHH MORTGAGE CORPORATION, § | |
| § | |
| Defendant. § | |

# ORDER

Before the Court is Defendant PHH Mortgage Corporation's Motion for Judgment on the Pleadings. Doc. #5. The Court finds that the Motion does not comply with Rule B.5(a) of this Court's Procedures and Practices. Specifically, all authority must be cited within the body of the document and not footnoted. Accordingly, it is hereby ORDERED that the Motion for Judgment on the Pleadings be STRICKEN from the record.

Defendant may refile its amended Motion in accordance with Rule B.5 within seven (7) days of the entry of this order.

It is so ORDERED.

NOV 0 6 2023
Date

The Honorable Alfred H. Bennett
United States District Judge