United States District Court
Southern District of Texas

**ENTERED**

December 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE BASSETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02952 |
| | § | |
| PHH MORTGAGE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendants' Reply in Support of their Motion for Judgment on the Pleadings. Doc. #11. The Court finds that the Reply does not comply with Rule B.5(f) of this Court's Procedures and Practices. Specifically, absent leave of the Court for extended briefing, reply briefs must not exceed five (5) pages in length, including the case style, any table of contents or authorities, and signature block. Accordingly, it is hereby ORDERED that the Reply be STRICKEN from the record.

Defendant may refile its amended Reply in accordance with Rule B.5 within seven (7) days of the entry of this order.

It is so ORDERED.

_____DEC 1 8 2023_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge